784

ARGUED FEBRUARY 9, 1959—DECIDED MARCH 6, 1959.

*R. E. Lawson,* for plaintiff in error.
*Dewey Hayes, Solicitor-General,* contra.

20367.   LEE *v.* HAYES, Solicitor-General.

ARGUED FEBRUARY 9, 1959—DECIDED MARCH 6, 1959.

*R. E. Lawson,* for plaintiff in error.
*Dewey Hayes, Solicitor-General,* contra.

20368.   TURNER *v.* HAYES, Solicitor-General.

WYATT, Presiding Justice.   This case is controlled by the ruling in *Carter* v. *Hayes, ante,* and for the reasons stated therein, the judgment in the instant case is likewise

*Reversed.   All the Justices concur.*

ARGUED FEBRUARY 9, 1959—DECIDED MARCH 6, 1959.

*R. E. Lawson,* for plaintiff in error.
*Dewey Hayes, Solicitor-General,* contra.

20369.   ROZIER *v.* HAYES, Solicitor-General.

WYATT, Presiding Justice.   This case is controlled by the ruling in *Carter* v. *Hayes, ante,* and for the reasons stated therein, the judgment in the instant case is likewise

*Reversed.   All the Justices concur.*